**Dennis SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46643.**

Missouri Court of Appeals,
Western District.

Feb. 23, 1993.

Mary K. Anderson, Columbia, for appellant.

William L. Webster, Atty. Gen., Aundrea R. Alexander, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appeal from the dismissal of a Rule 24.-035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).